**Order entered September 26, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01035-CV

### IN THE INTEREST OF K.E., A CHILD,

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-13084**

## ORDER

We **GRANT** appellant's September 22, 2016 motion for an extension of time to file a brief and extend the time to **MONDAY, OCTOBER 3, 2016.** We caution appellant that no further extensions will be granted in this accelerated appeal absent extenuating circumstances.

/s/ ELIZABETH LANG-MIERS
   JUSTICE